1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| GEORGE LUIS JASSO, JR., | ) Case No. ED CV 09-1272 ABC (JCG) |
| Petitioner, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| BRENDA CASH, Warden, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

18
19
20

   IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

21
22
23

DATED: December 10, 2010.

24
25

_____
HON. AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

26
27
28